JONATHAN D. MCDOUGALL
STATE BAR NO. 212359
461 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Facsimile: (650) 594-4205

Attorney for Defendant
MARK FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR 17-116 HSG |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE AND APPEARANCE** |
| MARK FLORES | |
| Defendant. | |

With the agreement of counsel for both parties, with United States Pretrial Services, and with the consent of defendant Mark Flores, the Court enters this order documenting an amendment to the CONDITIONS OF RELEASE AND APPEARANCE dated March 14, 2017. The parties agree, and the Court finds and holds as follows:

1. Defendant appeared before this Court on March 14, 2017 for a detention hearing pursuant to 18 U.S.C. §§ 3142(e) and 3142(f). At that time, this Court released the defendant on a $75,000.00 unsecured bond, with among other standard conditions, specifically the following added conditions:

   a. Electronic detention at home other than for pre-approved legal and medical appointments;

   b. Surrendering of his DEA registration;

  c. No practicing of medicine or attempts to provide medical care to anyone except a family member in an emergency;

  d. Shall not possess any prescriptions or prescription pads;

  e. Shall have no contact with people he formerly prescribed drugs to; and

  f. Shall refrain from gambling or entering into any gambling establishments.

2. Defendant Mark Flores has secured an appointment on **June 14, 2017 at 3:20 p.m.** with the California Department of Motor Vehicles for reinstatement of his California Driver's License. Mr. Flores now seeks approval of this Court for his attendance at the CA DMV appointment.

3. Both Assistant U.S. Attorney Frank Riebli and U.S. Pretrial Services Officer Nelson Barao have been advised of the appointment and do not object to a modification of his electronic home detention release in order to attend this appointment. Flores will go directly from his home to the DMV and then directly from the DMV back to his home. Pretrial Services will be verifying the date, time, and location of the appointment, and will arrange for his leaving and returning times.

4. Accordingly, and with the consent of all Parties, the Court orders that the defendant's conditions of release and appearance are so AMENDED.

**IT IS SO STIPULATED.**

DATED: June 6, 2017

JONATHAN D. MCDOUGALL
Attorney for Defendant

DATED: June 6, 2017

/s/
FRANK RIEBLI
Assistant U.S. Attorney

DATED: 6/8/17

U.S. MAGISTRATE JUDGE WESTMORE

2

Attestation of Filer

In addition to myself, the other signatory to this document is AUSA Frank Riebli. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

Dated: June 6, 2017

_____
JONATHAN D. MCDOUGALL
Attorney for Defendant
Mark Flores