1  JONATHAN D. MCDOUGALL
   STATE BAR NO. 212359
2  1640 Laurel Street
   San Carlos, CA  94070
3  Telephone:  (650) 594-4200
   Facsimile:  (650) 594-4205
4

   Attorney for Defendant
5  MARK FLORES

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                           OAKLAND DIVISION

9

10 THE UNITED STATES OF AMERICA,    )    **CR 17-116 HSG**
                                    )
11              Plaintiff,           )
                                    )    **STIPULATION AND**
12 vs.                               )    **[PROPOSED] ORDER**
                                    )    **REGARDING CONDITIONS**
13 MARK FLORES                      )    **OF RELEASE AND APPEARANCE**
                Defendant.          )

14

15      With the agreement of counsel for both parties, with United States Pretrial Services, and with the
16 consent of defendant Mark Flores, the Court enters this order documenting an amendment to the
17 CONDITIONS OF RELEASE AND APPEARANCE dated March 14, 2017.  The parties agree, and the
18 Court finds and holds as follows:

19      1.   Defendant appeared before this Court on March 14, 2017 for a detention hearing
20           pursuant to 18 U.S.C. §§ 3142(e) and 3142(f).  At that time, this Court released the
21           defendant on a $75,000.00 unsecured bond, with among other standard conditions,
22           specifically the following added conditions:
23           a.  Electronic detention at home other than for pre-approved legal and medical
24               appointments;
25           b.  Surrendering of his DEA registration;

c. No practicing of medicine or attempts to provide medical care to anyone except a family member in an emergency;

d. Shall not possess any prescriptions or prescription pads;

e. Shall have no contact with people he formerly prescribed drugs to; and

f. Shall refrain from gambling or entering into any gambling establishments.

2. At this time, counsel for Mr. Flores and the United States, as well as Pretrial Services Officer Nelson Barao have agreed that Mr. Flores' conditions of release could be modified to allow the defendant to be <u>removed from electronic detention</u>. Mr. Flores has abided by all release conditions, has multiple counseling and treatment sessions outside the home, and has secured a new job verified by Pretrial Services.

3. Both Assistant U.S. Attorney Frank Riebli and U.S. Pretrial Services Officer Nelson Barao have been advised of this request and do not object to the removal of his electronic home detention in order to accommodate comtinued counseling and treatment, and allow new employment.

4. Accordingly, and with the consent of all Parties, the Court orders that the defendant's conditions of release and appearance are so AMENDED.

**IT IS SO STIPULATED.**

DATED: March 26, 2018        _____/s/_____
                              JONATHAN D. MCDOUGALL
                              Attorney for Defendant

DATED: March 26, 2018        _____/s/_____
                              FRANK RIEBLI
                              Assistant U.S. Attorney

DATED:   3/27/18             _____
                              U.S. MAGISTRATE JUDGE WESTMORE

Attestation of Filer

In addition to myself, the other signatory to this document is AUSA Frank Riebli. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

Dated: March 26, 2018

/s/
JONATHAN D. MCDOUGALL
Attorney for Defendant
Mark Flores